UNPUBLISHED

COURT OF APPEALS OF VIRGINIA

Present: Judges Beales, Huff and Senior Judge Annunziata

MICHAEL W. FALIN

v.      Record No. 1130-19-3

VIRGINIA WORKERS' COMPENSATION
 COMMISSION

MEMORANDUM OPINION*
PER CURIAM
OCTOBER 8, 2019

FROM THE VIRGINIA WORKERS' COMPENSATION COMMISSION

(Michael W. Falin, on brief), *pro se*.

No brief for appellee.

Michael W. Falin appeals a decision of the Workers' Compensation Commission ("the

Commission") affirming the award of attorney's fees in a May 30, 2019 order approving a

compromise settlement for two claims alleging coal workers' pneumoconiosis. Falin argues that

the Commission erred by finding that the award of attorney's fees was reasonable. We have

reviewed the record and the Commission's opinion and find that this appeal is without merit.

Accordingly, we affirm for the reasons stated by the Commission in its final opinion. See Falin

v. Paramount Coal, et al., JCN VA02000031766 and JCN VA02000031435 (VA Wrk. Comp.

Jun. 18, 2019). We dispense with oral argument and summarily affirm because the facts and

legal contentions are adequately presented in the materials before the Court and argument would

not aid the decisional process. See Code § 17.1-403; Rule 5A:27.

Affirmed.

---

* Pursuant to Code § 17.1-413, this opinion is not designated for publication.